NEW YORK CENT. & H. R. R. CO., Respondent, v. LALLY et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 19, 1906.) Action by the New York Central & Hudson River Railroad

Company against Catharine M. Lally, Lavinia Lally, and Emilie L. Lally. No opinion. Order reversed, with $10 costs and disbursements, and motion for stay of preceedings granted, with costs, but without prejudice to the right of the respondent to move for a vacation, if the equity action brought by the appellants is not prosecuted with due diligence.

NEW YORK MORTG. & SEC. CO. v. CONCOURSE PARK HOTEL CO. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by the New York Mortgage & Security Company against the Concourse Park Hotel Company. No opinion. Motion denied.